**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-1685**

_____

BANK OF NEW YORK, Trustee under the Pooling
and Servicing Agreement Series 1988-A,

                                    Plaintiff - Appellee,

        versus

JARA UZENDA GOBBI,

                                    Defendant - Appellant,

        and

SCOTT GOBBI; LYONS COVE HOMEOWNERS ASSO-
CIATION, INCORPORATED; KATRINA DAVIS ARMOUR,

                                    Defendants.

_____

**No. 01-1686**

_____

SUN TRUST MORTGAGE CORPORATION,

                                    Plaintiff - Appellee,

        versus

JARA UZENDA GOBBI,

                                    Defendant - Appellant,

        and

SCOTT GOBBI; LYONS COVE HOMEOWNERS ASSO-
CIATION, INCORPORATED; KATRINA DAVIS ARMOUR,

Defendants.

---

### No. 01-1687

---

BANK OF NEW YORK, Trustee under the Pooling
and Servicing Agreement Series 1988-A,

Plaintiff - Appellee,

versus

JARA UZENDA GOBBI,

Defendant - Appellant,

and

SCOTT GOBBI; LYONS COVE HOMEOWNERS ASSO-
CIATION, INCORPORATED; KATRINA DAVIS ARMOUR,

Defendants.

---

### No. 01-1688

---

BANK OF NEW YORK, Trustee under the Pooling
and Servicing Agreement Series 1988-A,

Plaintiff - Appellee,

versus

JARA UZENDA GOBBI,

                                Defendant - Appellant,

      and

SCOTT GOBBI; LYONS COVE HOMEOWNERS ASSO-
CIATION, INCORPORATED; KATRINA DAVIS ARMOUR,

                                Defendants.

---

**No. 01-1689**

---

BANK OF NEW YORK, Trustee under the Pooling
and Servicing Agreement Series 1988-A,

                                Plaintiff - Appellee,

      versus

JARA UZENDA GOBBI,

                                Defendant - Appellant,

      and

SCOTT GOBBI; LYONS COVE HOMEOWNERS ASSO-
CIATION, INCORPORATED; KATRINA DAVIS ARMOUR,

                                Defendants.

---

**No. 01-1690**

---

BANK OF NEW YORK, Trustee under the Pooling
and Servicing Agreement Series 1988-A,

                                Plaintiff - Appellee,

3

versus

JARA UZENDA GOBBI,

                                    Defendant - Appellant,

        and

SCOTT GOBBI; LYONS COVE HOMEOWNERS ASSO-
CIATION, INCORPORATED; KATRINA DAVIS ARMOUR,

                                    Defendants.

————————————

**No. 01-1691**

————————————

BANK OF NEW YORK, Trustee under the Pooling
and Servicing Agreement Series 1988-A,

                                    Plaintiff - Appellee,

        versus

JARA UZENDA GOBBI,

                                    Defendant - Appellant,

        and

SCOTT GOBBI; LYONS COVE HOMEOWNERS ASSO-
CIATION, INCORPORATED; KATRINA DAVIS ARMOUR,

                                    Defendants.

BANK OF NEW YORK, Trustee under the Pooling
and Servicing Agreement Series 1988-A,

Plaintiff - Appellee,

versus

JARA UZENDA GOBBI,

Defendant - Appellant,

and

SCOTT GOBBI; LYONS COVE HOMEOWNERS ASSO-
CIATION, INCORPORATED; KATRINA DAVIS ARMOUR,

Defendants.

Appeals from the United States District Court for the District of
South Carolina, at Florence. Cameron McGowan Currie, District
Judge. (CA-01-2135-4-22, CA-01-2136-4-22, CA-01-2137-4-22, CA-01-
2138-4-22, CA-01-2139-4-22, CA-01-2140-4-22, CA-01-2141-4-22, CA-
01-2142-4-22)

Submitted: October 10, 2001          Decided: November 5, 2001

Before WILKINS, WILLIAMS, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jara Uzenda Gobbi, Appellant Pro Se. John Sanford Kay, Columbia,
South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jara Uzenda Gobbi appeals from the district court's order remanding eight mortgage foreclosure actions to the state court after a petition to remove by Gobbi. The district court's remand order is not reviewable. 28 U.S.C. § 1447(d) (1994). Accordingly, we dismiss the appeals for lack of jurisdiction. We deny Gobbi's motion and supplemental motion to restrain opposing counsel and for an evidentiary hearing and her motion to restore case file. We further deny her motion to place the appeals in abeyance for determination of filing status because she has been granted leave to proceed in forma pauperis in these appeals. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

6